UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS CENTRAL COLLECTION AGENCY, and THE TRUSTEES OF THE NEW ENGLAND CARPENTERS PENSION FUND, NEW ENGLAND CARPENTERS GUARANTEED ANNUITY FUND, NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, NEW ENGLAND CARPENTERS VACATION SAVINGS FUND, and NEW ENGLAND CARPENTERS TRAINING FUND,<br>　　　　Plaintiffs,<br><br>v.<br><br>HUNTINGTON INSTALLATIONS, LLC and BENJAMIN ANDREA,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 19-11523<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(i), plaintiffs hereby give notice of voluntary dismissal, without prejudice, of this action. As of this date, defendants have neither answered the complaint nor moved for summary judgment.

Dated: September 16, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Adrienne N. Langlois, BBO #699341
　　　　　　　　　　　　　　　　　　　　KRAKOW, SOURIS & LANDRY, LLC
　　　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　　　(617) 723-8440
　　　　　　　　　　　　　　　　　　　　alanglois@krakowsouris.com

　　　　　　　　　　　　　　　　　　　　/s/ Adrienne N. Langlois
　　　　　　　　　　　　　　　　　　　　Attorney for plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 16th day of September, 2019.

/s/ Adrienne Langlois